**Electronically Filed
Supreme Court
SCWC-30291
16-NOV-2012
01:24 PM**

NO. SCWC-30291

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ROPATI J. TAUTUA,
Petitioner/Claimant-Appellant,

vs.

BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES,
Respondent/Employer-Appellee, Self-Insured,

and

SEDGWICK CMS, Respondent/Third-Party Administrator-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA CASE NO. 30291; AB 2005-503 (2-99-06569))

ORDER DISMISSING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
and Circuit Judge Nakasone, in place of Acoba, J., recused)

On November 9, 2012, Petitioner filed a Motion Requesting Reconsideration of Decision. Upon review of the documents and the record,

IT IS HEREBY ORDERED that Petitioner's motion for reconsideration is dismissed. See HRAP Rule 40.1(h).

DATED: Honolulu, Hawaiʻi, November 16, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Karen T. Nakasone

